No. 22-1528

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

CLINTON SIPLES,

    *Claimant-Appellant,*

    v.

DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,

    *Respondent-Appellee.*

**CLAIMANT-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Clinton Siples respectfully requests an extension of 45 days to file his petition for rehearing, to and including May 8, 2025. This is Mr. Siples's first request for an extension of time in this matter. Mr. Siples's request is unopposed.

In support of this motion, Mr. Siples states the following:

1. Mr. Siples's petition for rehearing is currently due March 24, 2025. A 45-day extension would cause his petition for rehearing to be due May 8, 2025.

2. This motion is being filed at least seven calendar days before the original due date for the brief. *See* Fed. Cir. R. 26(b)(1).

3. This is Mr. Siples's first request for an extension of the deadline to file his petition for rehearing.

4. Counsel for Respondent-Appellee have indicated that the Secretary does not oppose Mr. Siples's request.

5. This unopposed extension is warranted because undersigned counsel have only recently been retained in this matter, and the Court granted counsel's motion for leave to appear on February 24, 2025. Mr. Siples's new counsel require adequate time to thoroughly review the record and legal issues in this case and to prepare the forthcoming petition.

6. This unopposed extension is also made necessary by the press of other matters. Among ongoing obligations in multiple matters, principal counsel for Mr. Siples is responsible for presenting oral argument on March 4, 2025, in *Taction Technology, Inc. v. Apple Inc.*, No.

23-2349 (Fed. Cir.); presenting oral argument on March 6, 2025, in *Fintiv, Inc. v. Apple Inc.*, No. 23-2208 (Fed. Cir.); an amicus brief due March 10, 2025, in *Soto v. United States*, No. 24-320 (S. Ct.); an amicus brief due March 21, 2025, in *Champagne v. Hunter*, No. 23-1047 (Fed. Cir.); a response brief due March 31, 2025, in *Netlist, Inc. v. Samsung, Inc.*, No. 23-2304 (Fed. Cir.); a reply brief due April 7, 2025, in *Brack v. Collins*, No. 25-1205 (Fed. Cir.); a response brief due on May 7, 2025, *Netlist, Inc. v. Samsung, Inc.*, Nos. 25-1286, 25-1296 (Fed. Cir.); and an amicus brief due May 14, 2025 in *Beck v. United States* (S. Ct.).

7. For the foregoing reasons, Mr. Siples respectfully requests that the Court grant his unopposed motion for a 45-day extension to file his petition for rehearing, to and including May 8, 2025.

|  | Respectfully submitted, |
|---|---|
|  | */s/Melanie L. Bostwick* |
| Kenneth H. Dojaquez | Melanie L. Bostwick |
| CARPENTER CHARTERED | Kamilyn Y. Choi |
| P.O. Box 2099 | ORRICK, HERRINGTON & |
| Topeka, KS 66601 |   SUTCLIFFE LLP |
| (785) 357-5251 | 2100 Pennsylvania Ave., NW |
| kenny@carpenterchartered.com | Washington, DC 20037 |
|  | (202) 339-8400 |
|  | mbostwick@orrick.com |
|  |  |
| Geoffrey Shaw | Alexandra Bursak |
| ORRICK, HERRINGTON & | ORRICK, HERRINGTON & |
|   SUTCLIFFE LLP |   SUTCLIFFE LLP |
| 355 S. Grand Ave. | 51 West 52nd Street |
| Suite 2700 | New York, NY 10019 |
| Los Angeles, CA 90071 |  |

*Counsel for Claimant-Appellant Clinton Siples*

February 25, 2025

FORM 9. Certificate of Interest    Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2022-1528

**Short Case Caption** Siples v. Collins

**Filing Party/Entity** Clinton Siples

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 2/25/2025     Signature: /s/ Melanie L. Bostwick

Name: Melanie L. Bostwick

FORM 9. Certificate of Interest                                Form 9 (p. 2)
                                                               March 2023

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Clinton Siples | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest                                  Form 9 (p. 3)
                                                                  March 2023

> **4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).
>
> ☑  None/Not Applicable        ☐  Additional pages attached
>
> |  |  |  |
> |--|--|--|
> |  |  |  |
> |  |  |  |
> |  |  |  |

> **5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?
>
> ☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)
>
> If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

> **6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).
>
> ☑  None/Not Applicable        ☐  Additional pages attached
>
> |  |  |  |
> |--|--|--|
> |  |  |  |
> |  |  |  |

# DECLARATION

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(3), I declare under penalty of perjury that the statements in the foregoing Motion are true and correct.

| | |
|---|---|
| Executed on February 25, 2025 in Washington, DC | Respectfully submitted,<br><br>*/s/ Melanie L. Bostwick*<br>Melanie L. Bostwick<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>2100 Pennsylvania Ave., NW<br>Washington, DC 20037<br>(202) 339-8400<br><br>*Counsel for Claimant-Appellant Clinton Siples* |

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion is printed in Century Schoolbook 14-point font, and it contains 395 words, excluding the items listed in Federal Rule of Appellate Procedure 27(a)(2)(B).

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        */s/Melanie L. Bostwick*
                                        Melanie L. Bostwick
                                        *Counsel for Claimant-Appellant Clinton Siples*